August 20, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GEORGE FLEMING AND FLEMING AND ASSOCIATES, L.L.P., Appellants

V.

TAMMYLERN CURRY, RICHARD SZYMANSKI, ON BEHALF OF THE ESTATE OF MARION SZYMANSKI, EMILIE WHITEHEAD, CONNIE BOHANNON, AND LINDA SCOTT, Appellees

NO. 14-11-01093-CV
NO. 14-12-00300-CV

GEORGE FLEMING AND FLEMING AND ASSOCIATES, L.L.P., Appellants

V.

ALVAREZ, CAROLYN B., AMAN, MARIA, AMBROGI, ANA M., AMBROSE, DOLORES W., AMBURGY, DEBRA J., ANDERSON, DEBORAH J., ANDREA, RAMONA C., APPERSON, MERLE, ARAUJO, CARMELA, ASBRIDGE, JANICE J., ASHER, URSULA, AYLWARD, CHERYL, BAGLEY, TENA M., ABOULHOSN, WALEED J., ALBO, ELLEN, ALECK, VICTOR P., BAKER, JOHN W., BALLARD, MASON C., BARBER, BEATRICE M., BARNES, LOUISE, BARNES, WANDA M., BARTON, GLENDA S., BASSELL, PAMELA R., BAUER, IMOGENE, BEAVERS, CAROLE, BECERRA, LUZ M., BELLER, JOANNE, BENEDICT, KAREN S., BENZ, MONTE J., BINGHAM, TERRI A., BLAND, JUDITH E., BLANTON, LARRY E., BLANTON, LINDA A., BLENIS, JULIE, BOHANNAN, WEYLIN, BOSTON, FLORINE, BOTTOMLEY, JERRY, BOYNTON, KAREN L., BRACKENBURY, LANETTE S., BRADFIELD, KELLI L., BRADLEY,

MELANIE A., BRAY, SHARON L., BREELAND, JOANNE P., BREWER, BETTY JO, BREWER, WENDY E., BRINKMAN, CYNTHIA L., BRISTER, PATRICIA P., BRITT, MARILYN G., BROWN, BILLIE B., BROWN, GLORIA J., BROWN, JOANN B., BROWN, RICHARD E., BROWNING, BEDRIE K., BROWNING, SUE E., BROWN-PRITCHARD, DENISE L., BRUSKIN, DAVID, BRYANT, TIMMY D., BUCHANAN, LLOYD D., CALDWELL, SHIRLEY J., CAMPBELL, ALVICHER, CARROLL, DONNA J., CARROLL, KATHLEEN MARIE, CHAVEZ, SHERL L., CHERRY, KATTIE S., CHOC, CYNTHIA D., CLARK, CAROLYN J., CLARKE, GAIL D., CLARY, SHERRI L., COLEMAN, LISA D., CONGER, LINDA S., CONWAY, REBECCA J., COOK, JOHN S., COPELAND, BETTY D., CRAIK, ROSE A., CRANFORD, CHARLOTTE L., CRIBARI, MARGARET, CROOK, JOYCE, CRUDUP, CAROLYN T., CRUM, JERRI A., CUNNINGHAM, GRACE A., CUNNINGHAM, KATHLEEN M., DARBOUZE, SOLIENNE, DAVIDSON, LINDA D., DAVIS, DEBRA L., DAVIS, PATRICIA A., DAVIS, PEGGY T., DAVITTO, JILL E., DELON, GERALDINE J., DEMARS, CAROLE, DEWITT, SANDRA K., DIBELLO, CATHY J., DIGGS, CARRIE C., DILLARD, GWENDOLYN E., DILLS, ROBERTA, DOBSON, BRENDA G., DODDS, FAYE, DOUGHERTY, LORRAINE A., DUKES, ROSE MARIE, DYKES, MICHAEL S., EASON, VICKIE A., ECKERT, RUTH E., EDME, FAQUINNTHA M., EDMONDS, ANITA G., EDWARDS, MARIAN, EGLEY, JUANITA L., EIGHME, VIRGINIA, EKELMAN, SUSAN E., EPPS, LOIS N., EPSTEIN, BRUCE R., ESCOBOSA, DEBORAH L., ESPOSITO, MARY ANN, ESTES, RUBY, EVANS, KATHY A., EYCHNER, MARJORIE, FAIN, CYNTHIA A., FARLEY, PATRICIA L., FARRUGGIA, DEBRA P., FAULKNER, SHAREL, FERGUSON, JENITA A., FERLISE, CONNIE A., FINNEY, BERNADETTE, FISCHER, MARION A., FLORES, DIANE P., FLORES, ESTELLA A., FLYNN, CAROLYN J., FOX, BETTY L., FRANK, HAROLD R., FULLER, BETTYE P., GANN, MICHAEL P., GARRETT, LAWRENCE, GARRETT, SHACKQUELINE C., GARTNER, EDITH M., GARZA, TERRI L., GATEWOOD, ALICE FAYE, GEARY, DONNA L., GILMER, PATRICIA G., GLOVER, SHIRLEY, GOOD, LORI L., GRAHAM, CATHY, GREER-BOYKIN, MATTIE L., GRIFFIN, JESSIE L., GRIFFITH, NANCY A., GROVES, STEVEN, GUILLORY, JEANNE A., GUTIERREZ, JULIE, GUTIERREZ, RAUL, GUYMON, CHRISTINE P., GUZMAN, LUPE N., HACKER, CATHY, HALL, ROSA L., HARMS, NANETTE B., HARRIS, ANDREA G., HARRIS, BILLY L., HAWKINS, GLORIA J., HENDERSON, ANNIE LOU, HENDERSON, GLORIA, HERI, MARY V., HERRE, QUINDA JEAN, HICKMAN, CYNTHIA R., HINKLE, MICHELE, HOCKETT, LENETTE M., HOERBER, LANA M., HOGAN, DONNA M., HOLDER, DOROTHY, HOSTER, BRUCE R., HOUSER,

SARAH R., HOUSER, WILLIAM J., HOWE, ROSE M., HUNSUCKER, DAVID M., IQBAL, GLORIA D., IRVIN, MOLLIE A., JACKSON, RALPH E., JACOBSON, SHELLI L., JAMISON, CONNIE J., JEFFERSON, BLANCHE L., JOHNSON, ADELINE L., JOHNSON, GABRIELE H., JOHNSON, TAMI, JOHNSON, VICKIE L., JONES, CECILE M., JONES, GWENDOLYN F., JONES, WANDA A., JORDAN, BRENDA, KEEFE, CANDACE, KENTROLIS, LESLIE D., KIDD, CYNTHIA ANN, KINDRED, BETTY JO, KIRKMEYER, THOMAS, KLEMICK, DONALD J., KLIEWER, KELLY D., KRUMNOW, MARY L., KUHN, GOLDIE M., KUNZE, TODD K., KVITTEM, BARBARA A., LANKFORD, BETTY, LARSEN, GERALD E., LATTA, MARILYNN A., LEDFORD, CYNTHIA LUDEAN, LEE, GLENNA F., LEE, LINDA E., LEFAIVRE, CHARLOTTE K., LEGG, RUSSELL C., LIDIE, VICTORIA, LOCK, REBECCA, LOGAN, SUSIE E., LOTT, LINDA S., MAGNESS, ELIZABETH B., MARLOW, NANCY S., MARTIN, REEDA M., MASLYN, BARBARA A., MASON, DORIS M., MATHISON, LANNY, MCCARTY, EVELYN L., MCCOY, CYNTHIA, MCDONALD, VALERIE B., MCKEON, LISA L., MCKINNEY, EDDA, MEADER, ROBERT W., MEADOWS, PAMELA S., MECHAM, CHERYL, MEDINA, IRMA L., MERINO, LINDA K., MEUNIER, KATHY J., MILAM, BETTY L., MILLER, LINDA S., MIMS, OUIDA, MITCHELL, CAROL A., MITCHELL, HELEN M., MITZELFELT, JUDITH K., MOFFITT, DIXIE L., MOORE, CAROLYN E., MOORE, CATHERINE A., MOORE, CHARLOTTE B., MORALES, MICHELLE L., MORROW, JUDY R., MUELLER, JOSEPHINE FAYE, MURPHY, KAYELYNNE, MURPHY, MARGARET A., NASON, VIRGIE E., NEAL, JOAN N., NEAL, PATRICIA A., O'CONNOR, KRISTOL, O'DONOVAN, GAIL, OLDHAM, DAWN J., O'NEAL, DONNA C., PALACIO, JESSIE, PALMA, LORRAINE, PASTIZZO, EDWARD F., PAYNE, JAYNE, PENTALERI, LOIS O., PERRY, LINDA S., PETERSON, BARBARA, PFEIFFER, SHIRLEY H., PHELPS-DORRIS, LISA, PIETERNELLE, ELVIA R., PITTS, KELLY B., PIZIAK, ORLINDA, PLATT, ESTER J., PLESHE, SHERRI L., POORE, CATHY M., POPPELREITER, JANICE L., POUNDERS, BEVERLY A., PRICE, SHANNON D., PRUETT, CAROLE A., QUARANTO, NANCY, RAMSEY, KATHERINE D., REDMON, ELIZABETH, RHOADES, BEVERLY, RHODEN, DEANDRA M., RICHARDSON, FAYE, RICHARDSON, KATHI E., RICHIE, TEMPIE, RICHTER, KAREN D., RIEDLINGER, MARJORIE, ROBINSON, PATRICIA A., ROBINSON, DEBBIE A., RODGERS, DONNA C., RYAN, RUBY L., RYERSON, ROXANNE, SAIRAFE, PAMELA, SAWYER, CAROLYN J., SCHAEFER, PATRICIA E., SCHAFER, CAROLYN, SCHEUBER, CINDY S., SCHMIDT, CARL K., SCHMITT, DIANA M., SCHULTES, KRISTIE, SHEETS, JAMES, SHOMAKER, ROBERT L.,

SIMMONS, HELEN K., SMALLWOOD, PAULA L., SMITH, CAROLYN Y., SMITH, DEBORAH A., SMITH, SHARNELL J., SPURLIN, PATTIE S., STARK, JUDITH A., STEFANAVAGE, BARBARA J., STEVENS, KARA L., STEWART, JOANNE, STEWART, LINDA R., STOCKMAN, SHARON A., STOLLINGS, DELPHIA, STROIK, DOROTHY L., STUTESMAN, CHERYL, SULLIVAN, PEGGY J., SURRATT, CHARLOTTE D., SWISHER, SHIRLEY J., TALLEY, BERTHA M., TANNER, KELLE L., TAYLOR, BARBARA A., THOMAS, JERRY, THOMPSON, KARRI D., THOMPSON, TERRY L., THORMAHLEN, CYNTHIA L., TIDWELL, BARBARA A., TILSON, SANDRA G., TIPTON, KARAN JOE, TO, THUY, TOWE, JERRY M., TUCKER, SHARON L., TURNER, EILEEN, TURNER, LILLIAN, TURRENTINE, LINDA M., ULSKY, TONY, UTKIN, JANENE L., VAN BLARCOM, MICHELLE A., VICTORIA, MARY E., WAGNER, CATHERINE L., WALKER, LISA S., WALTERS, VANESSA L., WARD, GLADYS D., WATSON, LADONNA R., WEATHERSBY, NELLIE, WEEMS, DONNA D., WEILAND, CHARLI, WELLS, BERNICE, WHITE, PAMELA K., WHITE, ROGER, WHITEHEAD, EDDIE R., WHITMAN, VIRGINIA R., WILLIAMS, CORIA B., WILLIAMS, DARONDA E., WILLIAMS, DENISE A., WILLIAMS, SANDRA D., WILLIAMS, TERRY L., WILLMANN, LESLIE, WILLS, DONNA M., WILLS, RON W., WILMOTH, DEBORAH A., WITTE, ANITA M., WOELFEL, JOHANNA K., WOODARD, ZEOLA, WOODS, MARGARET M., AND ZIEMER, IMA L., Appellees

_____

This cause, a consolidated appeal from

(1)     the judgment signed November 11, 2011 in trial court cause number 2008-65396-B in favor of appellees Tammylern Curry, Richard Szymanski, on behalf of the estate of Marion Szymanski, Emilie Whitehead, Connie Bohannon, and Linda Scott; and

(2)     the judgment signed February 17, 2012 in favor of appellees Alvarez, Carolyn B., Aman, Maria, Ambrogi, Ana M., Ambrose, Dolores W., Amburgy, Debra J., Anderson, Deborah J., Andrea, Ramona C., Apperson, Merle, Araujo, Carmela, Asbridge, Janice J., Asher, Ursula, Aylward, Cheryl, Bagley, Tena M., Aboulhosn, Waleed J., Albo, Ellen, Aleck, Victor P., Baker, John W., Ballard, Mason C., Barber, Beatrice M., Barnes, Louise, Barnes, Wanda M., Barton, Glenda S., Bassell, Pamela R., Bauer, Imogene, Beavers, Carole,

Becerra, Luz M., Beller, Joanne, Benedict, Karen S., Benz, Monte J., Bingham, Terri A., Bland, Judith E., Blanton, Larry E., Blanton, Linda A., Blenis, Julie, Bohannan, Weylin, Boston, Florine, Bottomley, Jerry, Boynton, Karen L., Brackenbury, Lanette S., Bradfield, Kelli L., Bradley, Melanie A., Bray, Sharon L., Breeland, Joanne P., Brewer, Betty Jo, Brewer, Wendy E., Brinkman, Cynthia L., Brister, Patricia P., Britt, Marilyn G., Brown, Billie B., Brown, Gloria J., Brown, Joann B., Brown, Richard E., Browning, Bedrie K., Browning, Sue E., Brown-Pritchard, Denise L., Bruskin, David, Bryant, Timmy D., Buchanan, Lloyd D., Caldwell, Shirley J., Campbell, Alvicher, Carroll, Donna J., Carroll, Kathleen Marie, Chavez, Sherl L., Cherry, Kattie S., Choc, Cynthia D., Clark, Carolyn J., Clarke, Gail D., Clary, Sherri L., Coleman, Lisa D., Conger, Linda S., Conway, Rebecca J., Cook, John S., Copeland, Betty D., Craik, Rose A., Cranford, Charlotte L., Cribari, Margaret, Crook, Joyce, Crudup, Carolyn T., Crum, Jerri A., Cunningham, Grace A., Cunningham, Kathleen M., Darbouze, Solienne, Davidson, Linda D., Davis, Debra L., Davis, Patricia A., Davis, Peggy T., Davitto, Jill E., Delon, Geraldine J., DeMars, Carole, Dewitt, Sandra K., Dibello, Cathy J., Diggs, Carrie C., Dillard, Gwendolyn E., Dills, Roberta, Dobson, Brenda G., Dodds, Faye, Dougherty, Lorraine A., Dukes, Rose Marie, Dykes, Michael S., Eason, Vickie A., Eckert, Ruth E., Edme, FaQuinntha M., Edmonds, Anita G., Edwards, Marian, Egley, Juanita L., Eighme, Virginia, Ekelman, Susan E., Epps, Lois N., Epstein, Bruce R., Escobosa, Deborah L., Esposito, Mary Ann, Estes, Ruby, Evans, Kathy A., Eychner, Marjorie, Fain, Cynthia A., Farley, Patricia L., Farruggia, Debra P., Faulkner, Sharel, Ferguson, Jenita A., Ferlise, Connie A., Finney, Bernadette, Fischer, Marion A., Flores, Diane P., Flores, Estella A., Flynn, Carolyn J., Fox, Betty L., Frank, Harold R., Fuller, Bettye P., Gann, Michael P., Garrett, Lawrence, Garrett, Shackqueline C., Gartner, Edith M., Garza, Terri L., Gatewood, Alice Faye, Geary, Donna L., Gilmer, Patricia G., Glover, Shirley, Good, Lori L., Graham, Cathy, Greer-Boykin, Mattie L., Griffin, Jessie L., Griffith, Nancy A., Groves, Steven, Guillory, Jeanne A., Gutierrez, Julie, Gutierrez, Raul, Guymon, Christine P.,

Guzman, Lupe N., Hacker, Cathy, Hall, Rosa L., Harms, Nanette B., Harris, Andrea G., Harris, Billy L., Hawkins, Gloria J., Henderson, Annie Lou, Henderson, Gloria, Heri, Mary V., Herre, Quinda Jean, Hickman, Cynthia R., Hinkle, Michele, Hockett, Lenette M., Hoerber, Lana M., Hogan, Donna M., Holder, Dorothy, Hoster, Bruce R., Houser, Sarah R., Houser, William J., Howe, Rose M., Hunsucker, David M., Iqbal, Gloria D., Irvin, Mollie A., Jackson, Ralph E., Jacobson, Shelli L., Jamison, Connie J., Jefferson, Blanche L., Johnson, Adeline L., Johnson, Gabriele H., Johnson, Tami, Johnson, Vickie L., Jones, Cecile M., Jones, Gwendolyn F., Jones, Wanda A., Jordan, Brenda, Keefe, Candace, Kentrolis, Leslie D., Kidd, Cynthia Ann, Kindred, Betty Jo, Kirkmeyer, Thomas, Klemick, Donald J., Kliewer, Kelly D., Krumnow, Mary L., Kuhn, Goldie M., Kunze, Todd K., Kvittem, Barbara A., Lankford, Betty, Larsen, Gerald E., Latta, Marilynn A., Ledford, Cynthia Ludean, Lee, Glenna F., Lee, Linda E., Lefaivre, Charlotte K., Legg, Russell C., Lidie, Victoria, Lock, Rebecca, Logan, Susie E., Lott, Linda S., Magness, Elizabeth B., Marlow, Nancy S., Martin, Reeda M., Maslyn, Barbara A., Mason, Doris M., Mathison, Lanny, McCarty, Evelyn L., McCoy, Cynthia, McDonald, Valerie B., McKeon, Lisa L., McKinney, Edda, Meader, Robert W., Meadows, Pamela S., Mecham, Cheryl, Medina, Irma L., Merino, Linda K., Meunier, Kathy J., Milam, Betty L., Miller, Linda S., Mims, Ouida, Mitchell, Carol A., Mitchell, Helen M., Mitzelfelt, Judith K., Moffitt, Dixie L., Moore, Carolyn E., Moore, Catherine A., Moore, Charlotte B., Morales, Michelle L., Morrow, Judy R., Mueller, Josephine Faye, Murphy, Kayelynne, Murphy, Margaret A., Nason, Virgie E., Neal, Joan N., Neal, Patricia A., O'Connor, Kristol, O'Donovan, Gail, Oldham, Dawn J., O'Neal, Donna C., Palacio, Jessie, Palma, Lorraine, Pastizzo, Edward F., Payne, Jayne, Pentaleri, Lois O., Perry, Linda S., Peterson, Barbara, Pfeiffer, Shirley H., Phelps-Dorris, Lisa, Pieternelle, Elvia R., Pitts, Kelly B., Piziak, Orlinda, Platt, Ester J., Pleshe, Sherri L., Poore, Cathy M., Poppelreiter, Janice L., Pounders, Beverly A., Price, Shannon D., Pruett, Carole A., Quaranto, Nancy, Ramsey, Katherine D., Redmon, Elizabeth, Rhoades, Beverly, Rhoden, Deandra M., Richardson, Faye,

Richardson, Kathi E., Richie, Tempie, Richter, Karen D., Riedlinger, Marjorie, Robinson, Patricia A., Robinson, Debbie A., Rodgers, Donna C., Ryan, Ruby L., Ryerson, Roxanne, Sairafe, Pamela, Sawyer, Carolyn J., Schaefer, Patricia E., Schafer, Carolyn, Scheuber, Cindy S., Schmidt, Carl K., Schmitt, Diana M., Schultes, Kristie, Sheets, James, Shomaker, Robert L., Simmons, Helen K., Smallwood, Paula L., Smith, Carolyn Y., Smith, Deborah A., Smith, Sharnell J., Spurlin, Pattie S., Stark, Judith A., Stefanavage, Barbara J., Stevens, Kara L., Stewart, Joanne, Stewart, Linda R., Stockman, Sharon A., Stollings, Delphia, Stroik, Dorothy L., Stutesman, Cheryl, Sullivan, Peggy J., Surratt, Charlotte D., Swisher, Shirley J., Talley, Bertha M., Tanner, Kelle L., Taylor, Barbara A., Thomas, Jerry, Thompson, Karri D., Thompson, Terry L., Thormahlen, Cynthia L., Tidwell, Barbara A., Tilson, Sandra G., Tipton, Karan Joe, To, Thuy, Towe, Jerry M., Tucker, Sharon L., Turner, Eileen, Turner, Lillian, Turrentine, Linda M., Ulsky, Tony, Utkin, Janene L., Van Blarcom, Michelle A., Victoria, Mary E., Wagner, Catherine L., Walker, Lisa S., Walters, Vanessa L., Ward, Gladys D., Watson, LaDonna R., Weathersby, Nellie, Weems, Donna D., Weiland, Charli, Wells, Bernice, White, Pamela K., White, Roger, Whitehead, Eddie R., Whitman, Virginia R., Williams, Coria B., Williams, Daronda E., Williams, Denise A., Williams, Sandra D., Williams, Terry L., Willmann, Leslie, Wills, Donna M., Wills, Ron W., Wilmoth, Deborah A., Witte, Anita M., Woelfel, Johanna K., Woodard, Zeola, Woods, Margaret M., and Ziemer, Ima L.,

was heard on the transcript of the records. We have inspected the records and find error in both judgments. We therefore order each of these judgments of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellees Tammylern Curry, Richard Szymanski, on behalf of the estate of Marion Szymanski, Emilie Whitehead, Connie Bohannon, and Linda Scott, jointly and severally, to pay all costs incurred because of the appeal identified by appellate court cause number 14-11-01093-CV.

We order appellees Alvarez, Carolyn B., Aman, Maria, Ambrogi, Ana M., Ambrose, Dolores W., Amburgy, Debra J., Anderson, Deborah J., Andrea, Ramona C., Apperson, Merle, Araujo, Carmela, Asbridge, Janice J., Asher, Ursula, Aylward, Cheryl, Bagley, Tena M., Aboulhosn, Waleed J., Albo, Ellen, Aleck, Victor P., Baker, John W., Ballard, Mason C., Barber, Beatrice M., Barnes, Louise, Barnes, Wanda M., Barton, Glenda S., Bassell, Pamela R., Bauer, Imogene, Beavers, Carole, Becerra, Luz M., Beller, Joanne, Benedict, Karen S., Benz, Monte J., Bingham, Terri A., Bland, Judith E., Blanton, Larry E., Blanton, Linda A., Blenis, Julie, Bohannan, Weylin, Boston, Florine, Bottomley, Jerry, Boynton, Karen L., Brackenbury, Lanette S., Bradfield, Kelli L., Bradley, Melanie A., Bray, Sharon L., Breeland, Joanne P., Brewer, Betty Jo, Brewer, Wendy E., Brinkman, Cynthia L., Brister, Patricia P., Britt, Marilyn G., Brown, Billie B., Brown, Gloria J., Brown, Joann B., Brown, Richard E., Browning, Bedrie K., Browning, Sue E., Brown-Pritchard, Denise L., Bruskin, David, Bryant, Timmy D., Buchanan, Lloyd D., Caldwell, Shirley J., Campbell, Alvicher, Carroll, Donna J., Carroll, Kathleen Marie, Chavez, Sherl L., Cherry, Kattie S., Choc, Cynthia D., Clark, Carolyn J., Clarke, Gail D., Clary, Sherri L., Coleman, Lisa D., Conger, Linda S., Conway, Rebecca J., Cook, John S., Copeland, Betty D., Craik, Rose A., Cranford, Charlotte L., Cribari, Margaret, Crook, Joyce, Crudup, Carolyn T., Crum, Jerri A., Cunningham, Grace A., Cunningham, Kathleen M., Darbouze, Solienne, Davidson, Linda D., Davis, Debra L., Davis, Patricia A., Davis, Peggy T., Davitto, Jill E., Delon, Geraldine J., DeMars, Carole, Dewitt, Sandra K., Dibello, Cathy J., Diggs, Carrie C., Dillard, Gwendolyn E., Dills, Roberta, Dobson, Brenda G., Dodds, Faye, Dougherty, Lorraine A., Dukes, Rose Marie, Dykes, Michael S., Eason, Vickie A., Eckert, Ruth E., Edme, FaQuinntha M., Edmonds, Anita G., Edwards, Marian, Egley, Juanita L., Eighme, Virginia, Ekelman, Susan E., Epps, Lois N., Epstein, Bruce R., Escobosa, Deborah L., Esposito, Mary Ann, Estes, Ruby, Evans, Kathy A., Eychner, Marjorie, Fain, Cynthia A., Farley, Patricia L., Farruggia, Debra P., Faulkner, Sharel, Ferguson, Jenita A., Ferlise, Connie A., Finney, Bernadette, Fischer, Marion A., Flores, Diane P., Flores, Estella A., Flynn, Carolyn J., Fox, Betty L., Frank, Harold R., Fuller, Bettye P., Gann, Michael P., Garrett, Lawrence, Garrett, Shackqueline C., Gartner, Edith M., Garza, Terri L., Gatewood, Alice Faye, Geary, Donna L., Gilmer, Patricia G., Glover, Shirley, Good, Lori L., Graham, Cathy, Greer-Boykin, Mattie L., Griffin, Jessie L., Griffith, Nancy A., Groves, Steven, Guillory, Jeanne A., Gutierrez, Julie, Gutierrez, Raul, Guymon,

Christine P., Guzman, Lupe N., Hacker, Cathy, Hall, Rosa L., Harms, Nanette B., Harris, Andrea G., Harris, Billy L., Hawkins, Gloria J., Henderson, Annie Lou, Henderson, Gloria, Heri, Mary V., Herre, Quinda Jean, Hickman, Cynthia R., Hinkle, Michele, Hockett, Lenette M., Hoerber, Lana M., Hogan, Donna M., Holder, Dorothy, Hoster, Bruce R., Houser, Sarah R., Houser, William J., Howe, Rose M., Hunsucker, David M., Iqbal, Gloria D., Irvin, Mollie A., Jackson, Ralph E., Jacobson, Shelli L., Jamison, Connie J., Jefferson, Blanche L., Johnson, Adeline L., Johnson, Gabriele H., Johnson, Tami, Johnson, Vickie L., Jones, Cecile M., Jones, Gwendolyn F., Jones, Wanda A., Jordan, Brenda, Keefe, Candace, Kentrolis, Leslie D., Kidd, Cynthia Ann, Kindred, Betty Jo, Kirkmeyer, Thomas, Klemick, Donald J., Kliewer, Kelly D., Krumnow, Mary L., Kuhn, Goldie M., Kunze, Todd K., Kvittem, Barbara A., Lankford, Betty, Larsen, Gerald E., Latta, Marilynn A., Ledford, Cynthia Ludean, Lee, Glenna F., Lee, Linda E., Lefaivre, Charlotte K., Legg, Russell C., Lidie, Victoria, Lock, Rebecca, Logan, Susie E., Lott, Linda S., Magness, Elizabeth B., Marlow, Nancy S., Martin, Reeda M., Maslyn, Barbara A., Mason, Doris M., Mathison, Lanny, McCarty, Evelyn L., McCoy, Cynthia, McDonald, Valerie B., McKeon, Lisa L., McKinney, Edda, Meader, Robert W., Meadows, Pamela S., Mecham, Cheryl, Medina, Irma L., Merino, Linda K., Meunier, Kathy J., Milam, Betty L., Miller, Linda S., Mims, Ouida, Mitchell, Carol A., Mitchell, Helen M., Mitzelfelt, Judith K., Moffitt, Dixie L., Moore, Carolyn E., Moore, Catherine A., Moore, Charlotte B., Morales, Michelle L., Morrow, Judy R., Mueller, Josephine Faye, Murphy, Kayelynne, Murphy, Margaret A., Nason, Virgie E., Neal, Joan N., Neal, Patricia A., O'Connor, Kristol, O'Donovan, Gail, Oldham, Dawn J., O'Neal, Donna C., Palacio, Jessie, Palma, Lorraine, Pastizzo, Edward F., Payne, Jayne, Pentaleri, Lois O., Perry, Linda S., Peterson, Barbara, Pfeiffer, Shirley H., Phelps-Dorris, Lisa, Pieternelle, Elvia R., Pitts, Kelly B., Piziak, Orlinda, Platt, Ester J., Pleshe, Sherri L., Poore, Cathy M., Poppelreiter, Janice L., Pounders, Beverly A., Price, Shannon D., Pruett, Carole A., Quaranto, Nancy, Ramsey, Katherine D., Redmon, Elizabeth, Rhoades, Beverly, Rhoden, Deandra M., Richardson, Faye, Richardson, Kathi E., Richie, Tempie, Richter, Karen D., Riedlinger, Marjorie, Robinson, Patricia A., Robinson, Debbie A., Rodgers, Donna C., Ryan, Ruby L., Ryerson, Roxanne, Sairafe, Pamela, Sawyer, Carolyn J., Schaefer, Patricia E., Schafer, Carolyn, Scheuber, Cindy S., Schmidt, Carl K., Schmitt, Diana M., Schultes, Kristie, Sheets, James, Shomaker, Robert L., Simmons, Helen K., Smallwood, Paula L., Smith,

Carolyn Y., Smith, Deborah A., Smith, Sharnell J., Spurlin, Pattie S., Stark, Judith A., Stefanavage, Barbara J., Stevens, Kara L., Stewart, Joanne, Stewart, Linda R., Stockman, Sharon A., Stollings, Delphia, Stroik, Dorothy L., Stutesman, Cheryl, Sullivan, Peggy J., Surratt, Charlotte D., Swisher, Shirley J., Talley, Bertha M., Tanner, Kelle L., Taylor, Barbara A., Thomas, Jerry, Thompson, Karri D., Thompson, Terry L., Thormahlen, Cynthia L., Tidwell, Barbara A., Tilson, Sandra G., Tipton, Karan Joe, To, Thuy, Towe, Jerry M., Tucker, Sharon L., Turner, Eileen, Turner, Lillian, Turrentine, Linda M., Ulsky, Tony, Utkin, Janene L., Van Blarcom, Michelle A., Victoria, Mary E., Wagner, Catherine L., Walker, Lisa S., Walters, Vanessa L., Ward, Gladys D., Watson, LaDonna R., Weathersby, Nellie, Weems, Donna D., Weiland, Charli, Wells, Bernice, White, Pamela K., White, Roger, Whitehead, Eddie R., Whitman, Virginia R., Williams, Coria B., Williams, Daronda E., Williams, Denise A., Williams, Sandra D., Williams, Terry L., Willmann, Leslie, Wills, Donna M., Wills, Ron W., Wilmoth, Deborah A., Witte, Anita M., Woelfel, Johanna K., Woodard, Zeola, Woods, Margaret M., and Ziemer, Ima L., jointly and severally, to pay all costs incurred because of the appeal identified by appellate court cause number 14-12-00300-CV.

We additionally order the release of the bond or bonds posted to supersede these judgments, and further order that the obligations of the surety or sureties on any such bond are discharged.

We further order this decision certified below for observance.